NORWICH UNION FIRE INS. SOCIETY OF NORWICH & LONDON
ENG., v. PACIFIC UNION CLUB.

(Circuit Court of Appeals, Ninth Circuit.   May 3, 1909.)

No. 1,619.

In Error to the Circuit Court of the United States for the Northern District
of California.

T. C. Van Ness, for plaintiff in error.

Pillsbury, Madison & Sutro, for defendant in error.

Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. The facts in this case are identical with those in the case
of Commercial Union Assurance Company v. Pacific Union Club (No. 1,618, just
disposed of) 169 Fed. 776, on the authority of which case the judgment is af-
firmed.

---

ALLIANCE ASSUR. CO., LIMITED, OF LONDON, ENG., v. PACIFIC
UNION CLUB.

(Circuit Court of Appeals, Ninth Circuit.   May 3, 1909.)

No. 1,620.

In Error to the Circuit Court of the United States for the Northern District
of California.

T. C. Van Ness, for plaintiff in error.

Pillsbury, Madison & Sutro, for defendant in error.

Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. The facts in this case are identical with those in the case
of Commercial Union Assurance Company v. Pacific Union Club (No. 1,618,
just disposed of) 169 Fed. 776, on the authority of which case the judgment is
affirmed.